```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
Beth R. Gorin,                           :
                  Plaintiff,             :          24cv2662 (DLC)
                                         :
         -v-                             :              ORDER
                                         :
                                         :
Touro University,                        :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

ORDERED that the initial pretrial conference previously scheduled for September 13, 2024 is rescheduled to **September 12, 2024 at 3:30 p.m.**

IT IS FURTHER ORDERED that the initial pretrial conference shall take place by telephone. The parties shall use the following dial-in credentials:

        Dial-in:       888-363-4749

        Access Code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         September 4, 2024

                                            _____
                                              DENISE COTE
                                  United States District Judge