IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETH R. GORIN, | ) |
| | ) Civil Action No. 1:24-cv-02662 |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| TOURO UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Beth R. Gorin and Defendant Touro University, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions, if any, submitted in this action.

DEUTSCH ATKINS & KLEINFELDT, P.C.

*Carly Meredith*
Carly Skarbnik Meredith, Esq.
21 Main Street
Suite 352
Hackensack, New Jersey 07601
(201) 498-0900
cmeredith@deutschatkins.com

COZEN O'CONNOR

*Mariah J. Passarelli*
Mariah Passarelli, Esq.
Janice Sued Agresti, Esq.
3 WTC 175 Greenwich Street
New York, NY 10007
(412) 620-6502
(212) 453-3978
mpassarelli@cozen.com
jagresti@cozen.com

So ordered.
*Denise Cote*
12/10/24

16